UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER BENT,

                Petitioner,

-against-                              03 Civ. 9816 (LAK)

MICHAEL McGINNIS, Superintendent,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The petition for a writ of habeas corpus is denied substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman, dated May 20, 2008 to which no objection has been filed. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:      June 12, 2008

                                                    Lewis A. Kaplan
                                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08